IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 23-3101-01-CR-S-MDH |
|---|---|
| Plaintiff, | 26 U.S.C. § 7206(1) |
| | (Filing a False Tax Return) |
| v. | NMT 3 Years Imprisonment |
| | NMT $250,000 Fine |
| PHILIP RUSSELL TURNER | NMT 1 Year Supervised Release |
| [DOB: 03/24/1970], | Class E Felony |
| Defendant. | Mandatory Restitution; Costs of Prosecution |
| | $100 Special Assessment |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about October 10, 2019, Greene County, Missouri, in the Western District of Missouri, **PHILIP RUSSELL TURNER**, a resident of Strafford, Missouri, did willfully make and subscribe a joint United States Individual Income Tax Return, for the calendar year 2018, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That income tax return, which the defendant filed with the Internal Revenue Service, reported on Line 17 of Schedule 1 attached to his 2018 Form 1040 that he received income in the amount of $15,088, whereas, as he then and there well knew, he had received income in addition to that amount that should have been

reported on Line 17 of Schedule 1 attached to his 2018 Form 1040.

In violation of Title 26, United States Code, Section 7206(1).

Respectfully submitted,

TERESA A. MOORE
United States Attorney

SHANNON KEMPF
Assistant United States Attorney

DATED: 9-27-2023
Springfield, Missouri