**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:23-CR-03101-MDH |
| ) | |
| PHILIP RUSSELL TURNER, ) | |
| ) | |
| Defendant. ) | |

**SENTENCING MEMORANDUM**

Comes now Philip Turner, by and through counsel and files this Sentencing Memorandum and would state as follows:

District courts have discretion in determining sentences according to the provisions of 18 U.S.C. § 3553(a). *United States v. Booker*, 543 U.S. 220, at 259-60(2005). Section 3553(a)(2) states that a district court should impose a sentence sufficient, but not greater than necessary . . . (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (B) to afford adequate deterrence to criminal conduct; (C) to protect the public from further crimes of the defendant; and (D) to provide the defendant with needed . . . training, medical care, or other correctional treatment.

Section 3553(a) further provides that the district court should weigh factors such as "the nature and circumstances of the offense and the history and characteristics of the defendant;" "the kinds of sentences available;" "the [applicable] sentencing range[;]" the articulated policy goals of the guidelines; "the need to avoid unwarranted sentence

disparities" among similar defendants; and "the need to provide restitution to any victims of the offense." § 3553(a)(1), (3)-(7).

## RESTITUTION CONSIDERATIONS

The need for restitution is a listed factor and an agreement to make restitution as ordered was made part of Defendant's plea agreement. He will be able to pay restitution if he is working and not in the custody of the Bureau of Prisons.

## CONCLUSION

For the reasons stated above and all the considerations under 3553(e), Mr. Turner requests a variance from either the guideline range of 21-27 months resulting from a Criminal History Category of II stated in the Presentence Investigation Report or the guideline range of 18-24 months resulting from a Criminal History Category of I argued by Defendant by Objection to the Presentence Investigation Report. Character letters are attached to this Memorandum as exhibits.

Respectfully Submitted,

*/s/Teresa Grantham Fiester*
TERESA GRANTHAM FIESTER
Missouri Bar 48473
ATTORNEY FOR DEFENDANT

Grantham Fiester Law, LLC
3010 E. Battlefield
Springfield, Missouri 65804
Telephone: 417/831-3682
teresa@granthamfiesterlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, October 28, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties so entitled to such notice.

*/s/Teresa Grantham Fiester*
TERESA GRANTHAM FIESTER