Michael Lee Eckenrode
5328 South Westwood Avenue
Springfield, MO 65810



Thursday, October 24, 2024

RE: Russell Turner

Your Honor,

    My name is Michael Eckenrode and I am a Realtor in Springfield, Missouri. I am the owner of Eckenrode Construction and Development, Environmental Mold Service, and co-owner of Missouri Gutters. This year I will sell over 20 million dollars in real estate as an individual agent and see exponential growth in my other two companies.

    I have known Russell for the last 9 years. Ever since I met Russell we immediately became friends and shared in our mutual love for skiing and interests in running businesses. We also immediately connected from our love of Christ and for our families. Plain and simple, Russell is a family man who is dedicated to his wife and children, he is someone who constantly puts others before himself.

    Russell is an extreme positive influence in my life. I talk to Russell almost every day. He consistently lifts me up when I am feeling down, provides me with advice when I am in a tangle, and shows love in effective ways.

    Before I met Russell I had little to my name. He has been an incredibly impactful person in the creation of my businesses. Russell and I developed Missouri Gutters and his partnership is crucial to its success. We saw significant growth in the beginning months and have large goals for the future. Russell is always looking for new ways to help the business and we are now involving new AI technology for marketing and team growth.

    One of the most impactful reasons Russell is so important in my life is because of my husband, Michael. Russell gave Michael a chance 12 years ago to work in his call center. This chance truly transformed Michael's life and allowed him to support me during my real estate and construction careers. As I have gotten to know Russell, he has given so many chances to so many people and changed their lives in a positive way. I have personally seen him care for others and empower them to create lives that can support their families.

    Your honor, I plead with you to give Russell probation. Russell understands the implications of what he has done and the consequences that come with it. We speak almost every day and his understanding of what he has done and his outline of future business activities shows the changes that he is going to make, and has already made. I would not go into business with Russell if I did not trust his truthful willingness to be compliant with the law. Also please understand the impact your leniency would have on his sons who are just starting their lives after high school.

    I write this letter with the most sincerity and love in my heart. Russell Turner is a good man and deserves another chance to make things right with probation.

    Sincerely, Michael L. Eckenrode

Brandi Nelson
2714 N Delaware Ave
Springfield, MO 65803
blnelson@spsmail.org

July 1, 2024

To whom it may concern,

I am writing to you regarding Russell Turner, whom I have had the pleasure of knowing for many years, as he is the husband to one of my dearest friends. I understand that he is currently facing sentencing, and I wanted to provide a character reference to convey the kind of person I believe he truly is.

Russell is one of the most kind-hearted and outgoing individuals I have ever met. He has an incredible ability to make everyone feel welcome, and his generosity knows no bounds. He has never met a stranger, treating everyone with the same level of kindness and respect. His genuine nature and willingness to help others are qualities that I have witnessed time and time again.

A few years ago, when I was a single mother struggling to make ends meet, a storm caused significant damage to a tree in my yard. I was overwhelmed by the cost of having it removed and cleaned up. Without me even asking, Russell sent someone over to take care of it and paid for the entire service. He has helped my family on more than one occasion in times of need. This act of kindness was just one of many examples of how he puts others' needs before his own.

Russell is always the first to offer a helping hand when people are in need. Whether it is assisting a neighbor with yard work or simply being there to lend a sympathetic ear, he does so with a genuine and kind heart. His actions are not driven by a desire for recognition or reward but by a sincere wish to make a positive difference in the lives of those around him.

He has been a very kind friend to me and countless others in our community. I hope that you will consider these qualities and the positive impact he has had on so many lives when making your decision.

Thank you for your time and consideration.

Sincerely,

Brandi Nelson

Renee Nichols
588 N Farm Road 227
Strafford, MO 65757


To Whom It May Concern,                                                                                       06/30/2024


I have known Russell for fifteen years and have been married to him for the last eleven. During that time, I have had the pleasure of watching him grow and flourish as a man. Through both great and difficult periods, I have witnessed him put the needs of others above his own repeatedly. He is a dedicated and supportive father, husband, son and friend to many.

In the last eight years, I have had six major surgeries. Russell has shouldered all the financial burden for our family since that time, as well as been my caretaker as I have gone through the surgery and recovery processes.

His mother, Judy, is in poor health and has come to rely on Russell for the support his father used to give her before he passed away in 2021. She is 80 years old and does not have any other family in Missouri.

Russell has done everything in his power to make amends and taken full responsibility for this mistake. I hope that this, as well as the tremendous value he brings to our family and to our community will be considered as you decide on this matter.

Thank you for your time.


Sincerely,


Renee Nichols

07/01/2024

Judge Harpool

United States Courthouse

222 N John Q Hammons Parkway

Springfield, MO 65806

Dear Judge Harpool,

I am writing today to provide a character reference for Philip "Russell" Turner II. My name is Juliette Kelley. I am a Transportation Underwriter at Jencap Insurance Services in Springfield, MO. I met Russell in 2001 and we dated until we married in 2003. We had two children and divorced in 2006.

Russell was very involved in his children's lives having 50/50 custody. Russell strived to give his kids the tools they needed to be successful in life. Russell coparented with me successfully. Russell should be given probation because he is not a threat to society. Russell has been a positive influence in the community by helping people get jobs with his business ventures. Russell has attended therapy with his children at their request to help strengthen their bond and gain understanding.

Russell's elderly mother lives alone in Springfield, MO. Russell is the only family she has in Springfield. She will need additional assistance with caretaking before too long. Russell's children are young adults finding their way and need their dad to continue taking an active role in their lives as well.

Thank you for taking these things into consideration.

Respectfully,

*Juliette Kelley*

Juliette Kelley