IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:23-CR-03101-MDH |
| | ) | |
| PHILIP RUSSELL TURNER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO AMEND SENTENCE AND JUDGMENT

Comes now, Philip Turner, by and through counsel, and files this Motion to Amend Sentence and Judgment within 10 days of the entry of Judgment in this matter and would state as follows:

Defendant appeared for sentencing and following argument, the Court entered its Judgment sentencing Defendant to serve 9 months in the Bureau of Prisons for the single count charged in the Information. Defendant did not request that the Court make a recommendation for designation of a Bureau of Prisons facility at the time of sentencing. Following sentencing, Defendant has strongly considered the likelihood that potential placement at FPC Yankton, Yankton, South Dakota would be optimal for scheduling visitation with his family and for access to resources within the Bureau of Prisons. Defendant acknowledges that the recommendation of the Court is only one factor in the designation process and that the Bureau of Prisons will make the ultimate determination.

Counsel for Defendant has discussed this request with the government as represented by Assistant United States Attorney Patrick Carney who has no objection to the the granting of this request.

WHEREFORE, Defendant respectfully requests that the Court amend the Judgment to recommend placement at FPC Yankton.

Respectfully Submitted,
*/s/Teresa Grantham Fiester*
TERESA GRANTHAM FIESTER
Missouri Bar 48473
ATTORNEY FOR DEFENDANT

Grantham Fiester Law, LLC
3010 E. Battlefield
Springfield, Missouri 65804
Telephone: 417/831-3682
teresa@granthamfiesterlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on Thursday, November 14, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties so entitled to such notice.

*/s/Teresa Grantham Fiester*
TERESA GRANTHAM FIESTER